

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2020

No. 04-20-00132-CV

**ESCONDIDO RESOURCES II, LLC**,
Appellant

v.

**LAS TINAJAS MINERALES, LTD**.,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVI-000015-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due September 2, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court